**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **TCC General Contracting, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-1483376** | |

4. Debtor's address

**Principal place of business**

**45319 Division St.**
**Lancaster, CA 93535**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL)    **www.tccdoitright.com and www.tccdoitright.net**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **TCC General Contracting, Inc.**                                          Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **TCC General Contracting, Inc.**                                    Case number (*if known*) _____
    Name

---

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    . Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **TCC General Contracting, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 21, 2016**
                MM / DD / YYYY

**X** **/s/ Thomas C. Conroy IV**                          **Thomas C. Conroy IV**
Signature of authorized representative of debtor            Printed name

Title     **President**

---

**18. Signature of attorney**

**X** **/s/ Steven R. Fox**                    Date **June 21, 2016**
Signature of attorney for debtor                    MM / DD / YYYY

**Steven R. Fox**
Printed name

**Law Offices of Steven R. Fox**
Firm name

**17835 Ventura Blvd.**
**Suite 306**
**Encino, CA 91316**
Number, Street, City, State & ZIP Code

Contact phone     **(818) 774-3545**     Email address     **emails@foxlaw.com**

**138808**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **TCC General Contracting, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ___
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2016**          X **/s/ Thomas C. Conroy IV**
_____              _____
                                            Signature of individual signing on behalf of debtor

                                            **Thomas C. Conroy IV**
                                            _____
                                            Printed name

                                            **President**
                                            _____
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **TCC General Contracting, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Business Gold Rewards Box 0001 Los Angeles, CA 90096-8000 | (800) 592-3344 | credit card | | | | $18,995.42 |
| American Express Lowes Box 0001 Los Angeles, CA 90096-8000 | (866) 537-1397 | credit card | | | | $11,885.94 |
| Ballard Rosenberg Golper & Savitt, LLP 500 N. Brand Blvd., 20th Flr. Glendale, CA 91203 | (818) 508-3700 | legal fees | | | | $87.27 |
| Bobby Fulgham PO Box 516 Rosamond, CA 93560 | | lawsuit settlement | | | | $35,000.00 |
| Capital One Bank (U.S.A.), N.A. P.O. Box 60599 City of Industry, CA 91716-0599 | (800) 955-6600 | credit card | | | | $4,553.98 |
| Capital One Retail Services P.O. Box 60504 City of Industry, CA 91716-0504 | (800) 280-0651 | credit card | | | | $16,570.91 |
| Chase Cardmember Service P.O. Box 94014 Palatine, IL 60094-4014 | (800) 945-2028 | credit card | | | | $10,821.18 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **TCC General Contracting, Inc.**
_____     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Financial Pacific Leasing LLC** 3455 S. 344th Way #300 Auburn, WA 98001-9546 | **(877) 222-8558 x227** | lease payments | | | | **$1,612.84** |
| **Home Depot Credit Services** P.O. Box 78011 Phoenix, AZ 85062-8011 | **(800) 677-0232** | credit card | | | | **$4,067.83** |
| **Navitas Lease Corp.** P.O. Box 935204 Atlanta, GA 31193-5204 | **(888) 978-6353 ext.417** | lease payments | | | | **$4,216.19** |
| **Professional Insurance Associates, Inc.** P.O. Box 1266 San Carlos, CA 94070 | **(866) 401-2111** | workers' compensation | | | | **$21,328.56** |
| **Staples Credit Plan** Department 51 - 7891927526 P.O. Box 78004 Phoenix, AZ 85062-8004 | **(800) 767-1291** | credit card | | | | **$383.01** |
| **U.S. Bank** P.O. Box 790408 Saint Louis, MO 63179-0408 | **(866) 485-4545** | credit card | | | | **$7,635.18** |
| **WEX Bank** P.O. Box 6293 Carol Stream, IL 60197-6293 | **(800) 492-0669** | fuel credit line | | | | **$473.61** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    **TCC General Contracting, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Rachel Conroy**<br>**5340 West Avenue M4**<br>**Quartz Hill, CA 93536** | | **49%** | **common** |
| **Thomas C. Conroy IV**<br>**5340 West Avenue M4**<br>**Quartz Hill, CA 93536** | | **51%** | **common** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 21, 2016**

Signature    **/s/ Thomas C. Conroy IV**

**Thomas C. Conroy IV**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Encino**                              , California.

Date:    **June 21, 2016**

**/s/ Thomas C. Conroy IV**

**Thomas C. Conroy IV**

Signature of Debtor


Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                            Page 1            **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name  **TCC General Contracting, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................  $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................  $ _____ **512,598.23**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................  $ _____ **512,598.23**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ _____ **289,521.69**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ _____ **16,636.90**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ _____ **229,490.88**

4.  Total liabilities ......................................................................................................................
    Lines 2 + 3a + 3b          $ _____ **535,649.47**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **TCC General Contracting, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$0.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **JPMorgan Chase Bank, N.A.** | | | |
| 3.1.   **balance as of 6/20/16** | **BusinessSelect Checking** | **4654** | **$43,000.00** |
| **JPMorgan Chase Bank, N.A.** | | | |
| 3.2.   **(balance as of 6/20/16)** | **Business Select High Yield Savings** | **6937** | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$43,000.00**

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**      **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **TCC General Contracting, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **134,186.01** | - | **0.00** = .... | **$134,186.01** |
| | | face amount | | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | **12,250.22** | - | **0.00** =.... | **$12,250.22** |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$146,436.23** |

## Part 4:  Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** **Inventory / material: Drywall, drywall mud, blue line texture, ceiling texture, insulation, base boards, hardwood base, plywood, melamine, paint, white caulking, clear caulking, liquid nails, rollers, brushes, sanding sponges, sandpaper, painter tape and plastic** **(value based on Debtor's principals opinion of resale value - TCC does not track or maintain inventory for sale)** | | **$0.00** | N/A | **$10,650.00** |

Schedule A/B Assets - Real and Personal Property

| Debtor | **TCC General Contracting, Inc.** | | Case number *(If known)* | |
| | Name | | | |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

| | $10,650.00 |
| --- | --- |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office furniture, computers, printers, cameras, televisions, chairs, phones, server and filing cabinets. Value uncertain, no formal appraisal made. | $0.00 | | $10,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **books, decorations and pictures in office. Value uncertain, no appraisal made.** | $0.00 | | $250.00 |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $10,250.00 |
| --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **TCC General Contracting, Inc.** | Case number *(If known)* | |
| | Name | | |

☐ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2005 Chevrolet Express 2500** | | | |
| **(kbb.com trade in value - 165,475 miles)** | $0.00 | N/A | $4,500.00 |
| 47.2.   **2008 GMC Savana Extended 3/4 Ton** | | | |
| **(kbb.com trade in value - 115,161miles)** | $0.00 | N/A | $7,500.00 |
| 47.3.   **2002 Ford E150** | | | |
| **(kbb.com - trade in value - 113,187 miles)** | $0.00 | N/A | $2,500.00 |
| 47.4.   **2006 Ford E350** | | | |
| **(kbb.com - trade in value - 91,372 miles)** | $0.00 | N/A | $3,000.00 |
| 47.5.   **2006 Ford E250** | | | |
| **(kbb.com - trade in value - 121,770 miles)** | $0.00 | N/A | $3,500.00 |
| 47.6.   **2002 Chevrolet Express 2500** | | | |
| **(kbb.com trade in value - 107,754 miles)** | $0.00 | N/A | $2,500.00 |
| 47.7.   **2004 Pace Dump Trailer** | | | |
| **(value based on Debtor's principal's opinion)** | $0.00 | N/A | $4,000.00 |
| 47.8.   **2004 Carrier Trailer** | | | |
| **(value based on Debtor's principal's opinion)** | $0.00 | N/A | $2,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **TCC General Contracting, Inc.**                              Case number *(if known)* _____
          Name

| | | | | | |
|---|---|---|---|---|---|
| 47.9. | **Small Dump Trailer - year and make unknown** | | | | |
| | (value based on Debtor's principal's opinion) | $0.00 | N/A | | $2,500.00 |
| 47.10. | **2000 Ford E250** | | | | |
| | (kbb.com trade in value - 221,118 miles) | $0.00 | N/A | | $3,500.00 |
| 47.11. | **2013 Chevrolet Express Cargo V** | | | | |
| | (kbb.com - 35,975 miles) | $0.00 | | | $14,900.00 |
| 47.12. | **2011 Chevrolet Express Cargo Van** | | | | |
| | (www.kbb.com - 64,564 miles) | $0.00 | | | $11,800.00 |
| 47.13. | **2007 White box trailer** | $0.00 | | | $2,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       **Tools and equipment:**
       **Drivers, drills, batteries, saws, nail guns, vacuums, levels, poles, ladders, cameras, shelves, air hoses, sanders, sweepers, scaffolding, heat guns, blowers, air duct cleaner, carpet stretcher, moisture meter, thermal imaging camera, truck mounted carpet cleaners, putty knives, ice maker, washer, dryer, welders, pallet racks, tables, dust collector, staple guns, air compressors, hand tools, extension cords, drywall tools, flash lights, mops, brooms, caulking guns, spray pumps, generator, concrete cutter, pressure washer, jacks, polishers, forklift and lasers.**

       (value based on Debtor's opinion of resale value - no appraisal made)        $0.00    N/A                $234,562.00

51.    **Total of Part 8.**                                                                    $298,762.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **TCC General Contracting, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

■ No
☐ Yes

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **www.tccdoitright.com** **and** **www.tccdoitright.net** **(no appraisal made)** | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** **California Contractor's License** **Class B - General Contractor** | **$0.00** | | **$0.00** |
| 63. | **Customer lists, mailing lists, or other compilations** **customer list** **(value unknown)** | **$0.00** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **TCC General Contracting, Inc.**
Name                                          Case number *(If known)*

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) |  |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. **Interests in insurance policies or annuities** |  |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. **Trusts, equitable or future interests in property** |  |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| **TCC Shirts, boots, rain gear and gloves.** | $3,500.00 |

78. **Total of Part 11.**                                                    $3,500.00
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **TCC General Contracting, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**Part 12:**    Summary

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $43,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $146,436.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,650.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $298,762.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $512,598.23 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $512,598.23 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **TCC General Contracting, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **GM Financial** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | |
| | | **2013 Chevrolet Express Cargo V** | $20,842.89    $14,900.00 |
| | **P.O. Box 183593**<br>**Arlington, TX 76096-3834** | **(kbb.com - 35,975 miles)** | |
| | Creditor's mailing address | Describe the lien | |
| | | **Finance Lien** | |
| | | Is the creditor an insider or related party? | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | Is anyone else liable on this claim? | |
| | **Date debt was incurred** | ■ No | |
| | **12/26/2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **6713** | As of the petition filing date, the claim is: | |
| | Do multiple creditors have an interest in the same property? | Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | | ☐ Disputed | |

| 2.2 | **Hedrick's Chevrolet** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | |
| | | **2011 Chevrolet Express Cargo Van** | $10,229.80    $11,800.00 |
| | **961 West Shaw**<br>**Clovis, CA 93612** | **(www.kbb.com - 64,564 miles)** | |
| | Creditor's mailing address | Describe the lien | |
| | | **Finance Lien** | |
| | | Is the creditor an insider or related party? | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | Is anyone else liable on this claim? | |
| | **Date debt was incurred** | ■ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **8229** | As of the petition filing date, the claim is: | |
| | Do multiple creditors have an interest in the same property? | Check all that apply | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **TCC General Contracting, Inc.**
Name                                                                    Case number (if know)

☐ Contingent
■ No                    ☐ Unliquidated
☐ Yes. Specify each creditor,    ☐ Disputed
including this creditor and its relative
priority.

---

| 2.3 | **IOU Central, Inc.** | Describe debtor's property that is subject to a lien | $34,490.00 | $0.00 |

Creditor's Name

**600 TownPark Drive, Suite 140**
**Kennesaw, GA 30144**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

**iou@fa-servicing.com**        ■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**        ☐ No

**6/12/15**            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9443**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

■ No                    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.4 | **Knight Capital Funding** | Describe debtor's property that is subject to a lien | $137,000.00 | $0.00 |

Creditor's Name                **90 days or less: Accounts receivable**

**9 East Loockerman St.**
**Suite 3-A-543**
**Dover, DE 19901**
Creditor's mailing address            **Describe the lien**
**UCC-1**

**funding@knightcapitalfund**    **Is the creditor an insider or related party?**
**ing.com**                ■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**        ☐ No

**2/22/16**            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4654**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

■ No                    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.5 | **Windset Capital Corporation** | Describe debtor's property that is subject to a lien | $86,959.00 | $0.00 |

Creditor's Name                **loan**

**50 West Broadway, Suite 1006**
**Salt Lake City, UT 84101**
Creditor's mailing address            **Describe the lien**

**Is the creditor an insider or related party?**

■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 3

Debtor    **TCC General Contracting, Inc.**    Case number (if know) _____
_____
Name

Creditor's email address, if known
_____

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

**3/12/15**

☐ No

**Last 4 digits of account number**
**4654**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $289,521.69

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **IOU Central, Inc.**<br>**P.O. Box 503550**<br>**San Diego, CA 92150-3550** | Line  2.3 | |
| **Windset Capital Corporation**<br>**4168 West 12600 South, 2nd Flr.**<br>**Riverton, UT 84096** | Line  2.5 | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TCC General Contracting, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0030** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $14,237.82 | $14,237.82 |
| | Date or dates debt was incurred<br>**9/30/15** | Basis for the claim:<br>**941 Payroll Taxes** | | |
| | Last 4 digits of account number **3376** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Employment Development**<br>**Department**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**for notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    34217                    Best Case Bankruptcy

| Debtor | **TCC General Contracting, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,399.08 | $2,399.08 |
|---|---|---|---|---|

**Employment Development Department**
P.O. Box 826215 MIC 3A
Sacramento, CA 94230-6215

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2014-2015**

Basis for the claim:
**employment tax**

Last 4 digits of account number **4358**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
Bankruptcy, PIT MS A340
P.O. Box 2952
Sacramento, CA 95812

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Los Angeles County Tax Collector**
P.O. Box 54110
Los Angeles, CA 90054-0110

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**for notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **TCC General Contracting, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**American Express**
**Lowes**
**Box 0001**
**Los Angeles, CA 90096-8000**

Date(s) debt was incurred _

Last 4 digits of account number **6003**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$11,885.94**

---

**3.2** | Nonpriority creditor's name and mailing address

**American Express**
**Business Gold Rewards**
**Box 0001**
**Los Angeles, CA 90096-8000**

Date(s) debt was incurred _

Last 4 digits of account number **2004**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$18,995.42**

---

**3.3** | Nonpriority creditor's name and mailing address

**Ballard Rosenberg Golper**
**& Savitt, LLP**
**500 N. Brand Blvd., 20th Flr.**
**Glendale, CA 91203**

Date(s) debt was incurred  **2016**

Last 4 digits of account number **500G**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal fees**

Is the claim subject to offset? ■ No ☐ Yes

**$87.27**

---

**3.4** | Nonpriority creditor's name and mailing address

**Bobby Fulgham**
**PO Box 516**
**Rosamond, CA 93560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lawsuit settlement**

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

**3.5** | Nonpriority creditor's name and mailing address

**Capital One Bank (U.S.A.), N.A.**
**P.O. Box 60599**
**City of Industry, CA 91716-0599**

Date(s) debt was incurred _

Last 4 digits of account number **1271**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$4,553.98**

---

**3.6** | Nonpriority creditor's name and mailing address

**Capital One Retail Services**
**P.O. Box 60504**
**City of Industry, CA 91716-0504**

Date(s) debt was incurred _

Last 4 digits of account number **9180**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$16,570.91**

---

**3.7** | Nonpriority creditor's name and mailing address

**Chase**
**Cardmember Service**
**P.O. Box 94014**
**Palatine, IL 60094-4014**

Date(s) debt was incurred _

Last 4 digits of account number **1790**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$10,821.18**

---

| Debtor | **TCC General Contracting, Inc.** | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

| 3.8 | | | |
| --- | --- | --- | --- |

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,612.84**

**Financial Pacific Leasing LLC**
3455 S. 344th Way
#300
Auburn, WA 98001-9546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:  lease payments**

Last 4 digits of account number **4302**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,067.83**

**Home Depot Credit Services**
P.O. Box 78011
Phoenix, AZ 85062-8011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  credit card**

Last 4 digits of account number **0780**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,216.19**

**Navitas Lease Corp.**
P.O. Box 935204
Atlanta, GA 31193-5204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:  lease payments**

Last 4 digits of account number **7990**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,032.44**

**One Degree Capital, LLC**
204 Commerce St.
Box 608
Occoquan, VA 22125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/19/2013**

**Basis for the claim:  equipment lease**

Last 4 digits of account number **0325**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,328.56**

**Professional Insurance
Associates, Inc.**
P.O. Box 1266
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/2016**

**Basis for the claim:  workers' compensation**

Last 4 digits of account number **8151**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$383.01**

**Staples Credit Plan**
Department 51 - 7891927526
P.O. Box 78004
Phoenix, AZ 85062-8004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:  credit card**

Last 4 digits of account number **7526**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79,826.52**

**Thomas and Vicki Conroy**
43710 Ryebosche Lane
Lancaster, CA 93535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/14/14**

**Basis for the claim:  loan**

Last 4 digits of account number **n/a**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TCC General Contracting, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,635.18 |
|---|---|---|---|

**U.S. Bank**
P.O. Box 790408
Saint Louis, MO 63179-0408

Date(s) debt was incurred _

Last 4 digits of account number  **0477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $473.61 |
|---|---|---|---|

**WEX Bank**
P.O. Box 6293
Carol Stream, IL 60197-6293

Date(s) debt was incurred  **4/2016**

Last 4 digits of account number  **9358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **fuel credit line**

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bobby Fulgham**<br>c/o Daniel Challeff, Esq.<br>Rehwald Glasner & Chaleff<br>5855 Topanga Cyn. Blvd., Suite 400<br>Woodland Hills, CA 91367 | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Financial Pacific Leasing, Inc.**<br>P.O. Box 749642<br>Los Angeles, CA 90074-9642 | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Navitas Lease Corp.**<br>111 Executive Center Dr., Suite 102<br>Columbia, SC 29210 | Line  **3.10**<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $    16,636.90 |
| 5b. Total claims from Part 2 | 5b.  + | $    229,490.88 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $    246,127.78 |

**Fill in this information to identify the case:**

Debtor name   **TCC General Contracting, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for:**<br>**(1) 500177 Edge Trimming Set KB - KA65, KA65**<br>**(2) Conturo KA 65 Edge Bander**<br>**(1) Caterpillar Inc. Model 246 C Skid Steer Loader Serial No. JAY06758**<br>**(1) 258-3800 Conversion Arrangement**<br>**(1) 258-3682 Package Performance**<br>**(1) 258-3740 Rops, Open (C1)**<br>**(1) 295-7113 Engine Tier4 Interim Compliant**<br>**(1) 258-3182 Hydraulics, High Flow XPS**<br>**(1) 258-4096 Belt, Seat, 3'**<br>**(1) 268-2592 Counterweight Machine** | |
| State the term remaining | **lease ends on 10/23/2020** | **Financial Pacific Leasing, Inc.**<br>**3455 S. 344th Way, Suite 300**<br>**Federal Way, WA 98001** |
| List the contract number of any government contract | _____ | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for:**<br>**2012 Brima Trailer** | |
| State the term remaining | **lease expires 3/15/2021** | **Financial Pacific Leasing, Inc.**<br>**P.O. Box 749642**<br>**Los Angeles, CA 90074-9642** |
| List the contract number of any government contract | _____ | |

Debtor 1    **TCC General Contracting, Inc.**                                   Case number (*if known*) _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Auto lease for:**<br>**2013 Chevrolet Express Cargo Van VIN ending in 9519- lease expires on 10/2018**<br>**2013 Chevrolet Express Cargo 2500 VIN ending in 5551 - lease expires on 9/2018**<br>**2012 Chevrolet Express Cargo 2500 VIN ending in 7176 - lease expires on 11/2017**<br>**2012 Chevrolet Express VIN ending in 9603 - lease expires on 12/2017**<br>**2015 Chevrolet Silverado VIN ending in 6615 - expires on 8/2018** | |
| | State the term remaining | **various see below** | **Hedrick's Chevrolet**<br>**961 West Shaw**<br>**Clovis, CA 93612** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease for Bridge Saw and Tools** | |
| | State the term remaining | **lease term ends 12/16/2019** | **Navitas Lease Corp.**<br>**1719 Route 10 E., Suite 306**<br>**Parsippany, NJ 07054** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **equipment lease:**<br>**(16) Dri-Eaz Velo Airmovers**<br>**(42) Dri-Eaz Velo Pro Airmovers**<br>**(5) Defendair HEPA 500**<br>**(10) 7000XLi Advanced Dehumidifiers**<br>**(1) Rescue Mat System**<br>**(1) Air-Wolf Airmover**<br>**(1) Wolf-Pack Floor Drying System** | |
| | State the term remaining | **6 months - term ends 11/19/2016** | **One Degree Capital, LLC**<br>**204 Commerce St.**<br>**Box 608**<br>**Occoquan, VA 22125** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **TCC General Contracting, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Rachel Conroy** | **45319 Division St. Lancaster, CA 93535** | **One Degree Capital, LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.2 | **Rachel Conroy** | **45319 Division St. Lancaster, CA 93535** | **IOU Central, Inc.** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Rachel Conroy** | **45319 Division St. Lancaster, CA 93535** | **Windset Capital Corporation** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Rachel Conroy** | **45319 Division St. Lancaster, CA 93535** | **Knight Capital Funding** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Thomas C. Conroy IV** | **45319 Division St. Lancaster, CA 93535** | **One Degree Capital, LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

| Debtor | **TCC General Contracting, Inc.** | Case number *(if known)* | |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Thomas C. Conroy IV | 45319 Division St. Lancaster, CA 93535 | IOU Central, Inc. | ■ D __2.3__  ☐ E/F ____  ☐ G ____ |
| 2.7 | Thomas C. Conroy IV | 45319 Division St. Lancaster, CA 93535 | Windset Capital Corporation | ■ D __2.5__  ☐ E/F ____  ☐ G ____ |
| 2.8 | Thomas C. Conroy IV | 45319 Division St. Lancaster, CA 93535 | Knight Capital Funding | ■ D __2.4__  ☐ E/F ____  ☐ G ____ |
| 2.9 | Rachel Conroy | 45319 Division St. Lancaster, CA 93535 | One Degree Capital, LLC | ☐ D ____  ☐ E/F ____  ■ G __2.1__ |
| 2.10 | Rachel Conroy | 45319 Division St. Lancaster, CA 93535 | Financial Pacific Leasing, Inc. | ☐ D ____  ☐ E/F ____  ■ G __2.3__ |
| 2.11 | Rachel Conroy | 45319 Division St. Lancaster, CA 93535 | Financial Pacific Leasing, Inc. | ☐ D ____  ☐ E/F ____  ■ G __2.4__ |
| 2.12 | Rachel Conroy | 45319 Division St. Lancaster, CA 93535 | Navitas Lease Corp. | ☐ D ____  ☐ E/F ____  ■ G __2.5__ |
| 2.13 | Thomas C. Conroy IV | 45319 Division St. Lancaster, CA 93535 | One Degree Capital, LLC | ☐ D ____  ☐ E/F ____  ■ G __2.1__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **TCC General Contracting, Inc.** | Case number *(if known)* | |
|--------|-----------------------------------|--------------------------|--|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|--|------------------------|--|
| 2.14 | Thomas C. Conroy IV | 45319 Division St. Lancaster, CA 93535 | Financial Pacific Leasing, Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.3__ |
| 2.15 | Thomas C. Conroy IV | 45319 Division St. Lancaster, CA 93535 | Financial Pacific Leasing, Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.4__ |
| 2.16 | Thomas C. Conroy IV | 45319 Division St. Lancaster, CA 93535 | Navitas Lease Corp. | ☐ D _____ ☐ E/F _____ ■ G __2.5__ |

**Fill in this information to identify the case:**

Debtor name      **TCC General Contracting, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>     **gross income amount comes from year-to-date P&L**<br>■ Other  **through 5/25/16** | **$1,398,591.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>     **gross income amount comes from 2015 P&L**<br>■ Other | **$1,575,935.33** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>     **gross income comes from line 6 of 2014 federal tax return**<br>■ Other | **$1,137,404.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **TCC General Contracting, Inc.**        Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **America Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | **3/4/16,**<br>**3/7/16,**<br>**3/8/16,**<br>**3/10/16,**<br>**3/14/16,**<br>**3/18/16,**<br>**3/23/16,**<br>**3/25/16,**<br>**3/28/16,**<br>**3/31/16,**<br>**4/1/16,**<br>**4/4/16,**<br>**4/5/16,**<br>**4/8/16,**<br>**4/11/16,**<br>**4/13/16,**<br>**4/14/16,**<br>**4/15/16,**<br>**4/25/16,**<br>**4/27/16,**<br>**5/3/16,**<br>**5/4/16,**<br>**5/5/16,**<br>**5/6/16,**<br>**5/9/16,**<br>**5/16/16,**<br>**5/18/16,**<br>**5/20/16,**<br>**5/23/16,**<br>**5/24/16 and**<br>**6/1/16** | **$161,160.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **credit card payments** |
| 3.2. **Petro Lock, Inc.**<br>**45315 Trevor Ave**<br>**Lancaster, CA 93539** | **3/3/16, 4/5/16**<br>**and 5/11/16** | **$14,799.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Chad Shilling**<br>**37733 Vintage Dr.**<br>**Palmdale, CA 93550** | **3/10/16,**<br>**3/24/16,**<br>**4/6/16,**<br>**4/7/16,**<br>**5/17/16 and**<br>**5/31/16** | **$13,006.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Hedricks Chevrolet**<br>**961 West Shaw**<br>**Clovis, CA 93612** | **3/3/16,**<br>**4/4/16,**<br>**5/18/16 and**<br>**5/24/16** | **$12,534.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **auto lease payments** |

Debtor    **TCC General Contracting, Inc.**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.5. **State Fund** <br> **P.O. Box 7441** <br> **San Francisco, CA 94120** | **3/25/16 and 5/18/16** | **$13,380.50** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.6. **Jack Bright** <br> **22430 Canyon Lake Drive South** <br> **Canyon Lake, CA 92587** | **03/30/2016,** <br> **03/30/2016,** <br> **03/30/2016,** <br> **04/01/2016,** <br> **04/01/2016,** <br> **04/27/2016,** <br> **04/27/2016,** <br> **05/09/2016,** <br> **05/13/2016,** <br> **5/18/16 and** <br> **6/2/16** | **$18,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **commercial lease payments** |
| 3.7. **Continuous Quality Service** <br> **27183 Remer Court** <br> **Santa Clarita, CA 91350** | **04/04/2016,** <br> **04/05/2016,** <br> **05/18/2016,** <br> **05/24/2016,** <br> **05/26/2016** <br> **and** <br> **06/02/2016** | **$13,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.8. **Law Offices Of Steven R. Fox** <br> **17835 Ventura Blvd., Suite 306** <br> **Encino, CA 91316** | **5/27/16** | **$10,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **bankruptcy counsel** |

Debtor    **TCC General Contracting, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Knight Capital Funding**<br>**9 East Loockerman St.**<br>**Suite 3-A-543**<br>**Dover, DE 19901** | **03/01/2016,**<br>**03/02/2016,**<br>**03/03/2016,**<br>**03/04/2016,**<br>**03/07/2016,**<br>**03/08/2016,**<br>**03/09/2016,**<br>**03/10/2016,**<br>**03/11/2016,**<br>**03/14/2016,**<br>**03/15/2016,**<br>**03/16/2016,**<br>**03/17/2016,**<br>**03/18/2016,**<br>**03/21/2016,**<br>**03/22/2016,**<br>**03/23/2016,**<br>**03/24/2016,**<br>**03/25/2016,**<br>**03/28/2016,**<br>**03/29/2016,**<br>**03/30/2016,**<br>**03/31/2016,**<br>**04/01/2016,**<br>**04/05/2016,**<br>**04/06/2016,**<br>**04/07/2016,**<br>**04/08/2016,**<br>**04/11/2016,**<br>**04/12/2016,**<br>**04/13/2016,**<br>**04/14/2016,**<br>**04/15/2016,**<br>**04/18/2016,**<br>**04/19/2016,**<br>**04/20/2016,**<br>**04/21/2016,**<br>**04/22/2016,**<br>**04/25/2016,**<br>**04/26/2016,**<br>**04/27/2016...** | **$54,435.87** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **TCC General Contracting, Inc.**                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.10. **IOU Central, Inc.**<br>**600 TownPark Drive, Suite 140**<br>**Kennesaw, GA 30144** | **03/01/2016,<br>03/02/2016,<br>03/03/2016,<br>03/04/2016,<br>03/07/2016,<br>03/08/2016,<br>03/09/2016,<br>03/10/2016,<br>03/11/2016,<br>03/14/2016,<br>03/15/2016,<br>03/16/2016,<br>03/17/2016,<br>03/18/2016,<br>03/21/2016,<br>03/22/2016,<br>03/23/2016,<br>03/24/2016,<br>03/25/2016,<br>03/28/2016,<br>03/29/2016,<br>03/30/2016,<br>03/31/2016,<br>04/01/2016,<br>04/04/2016,<br>04/05/2016,<br>04/07/2016,<br>04/08/2016,<br>04/12/2016,<br>04/13/2016,<br>04/14/2016,<br>04/15/2016,<br>04/18/2016,<br>04/19/2016,<br>04/2016,<br>04/21/2016,<br>04/22/2016,<br>04/25/2016,<br>04/26/2016,<br>04/27/2016,<br>04/28/2016...** | $25,964.45 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Stoneville**<br>**12906 Saticoy St.**<br>**North Hollywood, CA 91605** | **03/02/2016,<br>03/14/2016<br>and<br>04/11/2016** | $7,842.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **TCC General Contracting, Inc.**                                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.12. | **Lancaster Flooring**<br>**44910 Yucca Ave.**<br>**Lancaster, CA 93534** | 03/04/2016,<br>03/04/2016,<br>03/04/2016,<br>03/04/2016,<br>03/08/2016,<br>03/24/2016,<br>03/24/2016,<br>03/24/2016,<br>04/05/2016,<br>04/05/2016,<br>04/05/2016,<br>04/13/2016,<br>04/13/2016,<br>04/13/2016<br>and<br>05/02/2016 | $37,398.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **Windset Capital Corporation**<br>**50 West Broadway, Suite 1006**<br>**Salt Lake City, UT 84101** | 03/01/2016,<br>03/02/2016,<br>03/03/2016,<br>03/04/2016,<br>03/07/2016,<br>03/08/2016,<br>03/09/2016,<br>03/10/2016,<br>03/11/2016,<br>03/14/2016,<br>03/15/2016,<br>03/16/2016,<br>03/17/2016,<br>03/21/2016,<br>03/22/2016,<br>03/23/2016,<br>03/24/2016,<br>03/25/2016,<br>03/28/2016,<br>03/29/2016,<br>03/30/2016,<br>03/31/2016,<br>04/01/2016,<br>04/04/2016,<br>04/05/2016,<br>04/06/2016,<br>04/07/2016,<br>04/08/2016,<br>04/11/2016,<br>04/12/2016,<br>04/13/2016,<br>04/14/2016,<br>04/15/2016,<br>04/18/2016,<br>04/19/2016,<br>04/20/2016,<br>04/21/2016,<br>04/22/2016,<br>04/25/2016,<br>04/26/2016,<br>04/27/2016... | $26,825.24 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **TCC General Contracting, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.14. | **Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | 03/03/201603<br>/07/2016,<br>04/04/2016,<br>04/05/2016,<br>04/06/2016<br>and<br>04/13/2016 | $7,821.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Payroll taxes__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | **Thomas and Vicki Conroy**<br>**43710 Ryebosche Lane**<br>**Lancaster, CA 93535**<br>**Debtor's President's parents** | **monthly** | **$12,340.54** | **payments on business loan -<br>$1,119 monthly** |
| 4.2. | **Tracy Conroy**<br>**43339 Carol Drive**<br>**Lancaster, CA 93535**<br>**Debtor's principals' nephew** | **semi-monthl<br>y 6/1/15 to<br>5/17/16** | **$23,557.12** | **compensation, payroll** |
| 4.3. | **Travis Conroy**<br>**43339 Carol Drive**<br>**Lancaster, CA 93535**<br>**Debtor's principals' nephew** | **semi-monthl<br>y 8/2015 to<br>5/31/16** | **$11,080.89** | **compensation, payroll** |
| 4.4. | **Tyler Graves**<br>**43315 Gadsden Ave Apt #619**<br>**Lancaster, CA 93534**<br>**Debtor's principals' nephew** | **semi-monthl<br>y from 6/1/15<br>to 5/31/16** | **$25,215.47** | **compensation and exp.<br>reimbursement, payroll** |
| 4.5. | **Thomas C. Conroy IV**<br>**45319 Division St.**<br>**Lancaster, CA 93535**<br>**Debtor's president** | **various** | **$134,342.86** | **compensation, shareholder<br>distributions and expense<br>reimbursements** |
| 4.6. | **Rachel Conroy**<br>**45319 Division St.**<br>**Lancaster, CA 93535**<br>**Debtor's Vice President** | **various** | **$25,884.52** | **compensation, shareholder<br>distribution and expense<br>reimbursement** |
| 4.7. | **Thomas C. Conroy IV and Rachel<br>Conroy**<br>**45319 Division St.**<br>**Lancaster, CA 93535**<br>**Debtor's shareholders** | **various** | **$9,028.92** | **shareholder distributions<br>payable to third parties for the<br>benefit of shareholders** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **TCC General Contracting, Inc.**                              Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Bobby Fulgham  vs. TCC General Contracting** | **Employment dispute, no complaint filed** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **To Follow** | | | **$0.00** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **TCC General Contracting, Inc.**                              Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**  **Certain Payments or Transfers**

---

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices Of Steven R. Fox**<br>**17835 Ventura Blvd., Suite 306**<br>**Encino, CA 91316** | | **$675 - consultation 4/28/16**<br>**$38,283.00 - retainer 5/27/16** | **$38,958.00** |
| | Email or website address<br>**srfox@foxlaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Thomas Charles Conroy III paid $30,000 of the retainer** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**  **Previous Locations**

---

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:**  **Health Care Bankruptcies**

---

Debtor    **TCC General Contracting, Inc.**                                   Case number *(if known)* _____

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

<table>
<tr><td>Part 9:</td><td>Personally Identifiable Information</td></tr>
</table>

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

names and contact information

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<table>
<tr><td>Part 10:</td><td>Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</td></tr>
</table>

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **JPMorgan Chase Bank, N.A.**<br>**P.O. Box 659754**<br>**San Antonio, TX 78265-9754** | **XXXX-8454** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **closed in 5/2016** | **$4,623.96** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

Debtor    **TCC General Contracting, Inc.**                                    Case number *(if known)* _____

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Thomas C. Conroy IV and Rachel Conroy**<br>**5340 West Avenue M4**<br>**Lancaster, CA 93536** | **Thomas C. Conroy IV and Rachel Conroy** | **Skiploader, mixer and trailer** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

---

Debtor    **TCC General Contracting, Inc.**                                Case number *(if known)* _____

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **TCC General Contracting, Inc.**<br>**45319 Division St.**<br>**Lancaster, CA 93535-1827** | **General Contractor - construction - water damage restoration** | EIN:    **26-1483376**<br><br>From-To   **11/7/2007 to current** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Rachel Conroy**<br>**45319 Division St.**<br>**Lancaster, CA 93535** | **2007 to current** |
| 26a.2.    **James O. Fourr, C.P.A.**<br>**44288 Lowtree Ave.**<br>**Lancaster, CA 93534** | **2007 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Rachel Conroy**<br>**45319 Division St.**<br>**Lancaster, CA 93535** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor    **TCC General Contracting, Inc.**                                    Case number *(if known)* _____

| | | |
|---|---|---|
| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
| 27.1. **Thomas C. Conroy IV and Rachel Conroy** | **5/2016** | **$** |

| | |
|---|---|
| **Name and address of the person who has possession of inventory records** | |
| **Thomas C. Conroy IV and Rachel Conroy** **45319 Division St.** **Lancaster, CA 93535** | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas C. Conroy IV** | **45319 Division St.** **Lancaster, CA 93535** | **President and shareholder** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rachel Conroy** | **45319 Division St.** **Lancaster, CA 93535** | **Vice President and shareholder** | **49%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **TCC General Contracting, Inc.**                                     Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2016** _____

**/s/ Thomas C. Conroy IV** _____        **Thomas C. Conroy IV** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **TCC General Contracting, Inc.**
_____  Case No. _____
Debtor(s)  Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **38,283.00** |
| Prior to the filing of this statement I have received | $ **38,283.00** |
| Balance Due | $ **0.00** |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Thomas Charles Conroy III paid $30,000 of the retainer**

4.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 21, 2016**
_____
_Date_

**/s/ Steven R. Fox**
_____
**Steven R. Fox 138808**
_Signature of Attorney_
**Law Offices of Steven R. Fox**
**17835 Ventura Blvd.**
**Suite 306**
**Encino, CA 91316**
**(818) 774-3545  Fax: (818) 774-3707**
**emails@foxlaw.com**
_Name of law firm_

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Steven R. Fox**<br>**17835 Ventura Blvd.**<br>**Suite 306**<br>**Encino, CA 91316**<br>**(818) 774-3545 Fax: (818) 774-3707**<br>California State Bar Number: **138808**<br>**emails@foxlaw.com** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| **TCC General Contracting, Inc.** | CASE NO.:<br><br>CHAPTER: **11** |
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __June 21, 2016_____

**/s/ Thomas C. Conroy IV**
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __June 21, 2016_____

**/s/ Steven R. Fox**
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

TCC General Contracting, Inc.
45319 Division St.
Lancaster, CA 93535


Steven R. Fox
Law Offices of Steven R. Fox
17835 Ventura Blvd.
Suite 306
Encino, CA 91316


American Express
Lowes
Box 0001
Los Angeles, CA 90096-8000


American Express
Business Gold Rewards
Box 0001
Los Angeles, CA 90096-8000


Ballard Rosenberg Golper
& Savitt, LLP
500 N. Brand Blvd., 20th Flr.
Glendale, CA 91203


Bobby Fulgham
PO Box 516
Rosamond, CA 93560


Bobby Fulgham
c/o Daniel Challeff, Esq.
Rehwald Glasner & Chaleff
5855 Topanga Cyn. Blvd., Suite 400
Woodland Hills, CA 91367


Capital One Bank (U.S.A.), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

Capital One Retail Services
P.O. Box 60504
City of Industry, CA 91716-0504


Chase
Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014


Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Employment Development Department
P.O. Box 826215 MIC 3A
Sacramento, CA 94230-6215


Financial Pacific Leasing LLC
3455 S. 344th Way
#300
Auburn, WA 98001-9546


Financial Pacific Leasing, Inc.
P.O. Box 749642
Los Angeles, CA 90074-9642


Financial Pacific Leasing, Inc.
3455 S. 344th Way, Suite 300
Federal Way, WA 98001

Franchise Tax Board
Bankruptcy, PIT MS A340
P.O. Box 2952
Sacramento, CA 95812


GM Financial
P.O. Box 183593
Arlington, TX 76096-3834


Hedrick's Chevrolet
961 West Shaw
Clovis, CA 93612


Home Depot Credit Services
P.O. Box 78011
Phoenix, AZ 85062-8011


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IOU Central, Inc.
600 TownPark Drive, Suite 140
Kennesaw, GA 30144


IOU Central, Inc.
P.O. Box 503550
San Diego, CA 92150-3550


Knight Capital Funding
9 East Loockerman St.
Suite 3-A-543
Dover, DE 19901

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Navitas Lease Corp.
P.O. Box 935204
Atlanta, GA 31193-5204


Navitas Lease Corp.
111 Executive Center Dr., Suite 102
Columbia, SC 29210


Navitas Lease Corp.
1719 Route 10 E., Suite 306
Parsippany, NJ 07054


One Degree Capital, LLC
204 Commerce St.
Box 608
Occoquan, VA 22125


Professional Insurance
Associates, Inc.
P.O. Box 1266
San Carlos, CA 94070


Rachel Conroy
45319 Division St.
Lancaster, CA 93535


Staples Credit Plan
Department 51 - 7891927526
P.O. Box 78004
Phoenix, AZ 85062-8004

Thomas and Vicki Conroy
43710 Ryebosche Lane
Lancaster, CA 93535


Thomas C. Conroy IV
45319 Division St.
Lancaster, CA 93535


U.S. Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


WEX Bank
P.O. Box 6293
Carol Stream, IL 60197-6293


Windset Capital Corporation
50 West Broadway, Suite 1006
Salt Lake City, UT 84101


Windset Capital Corporation
4168 West 12600 South, 2nd Flr.
Riverton, UT 84096

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Steven R. Fox**<br>**17835 Ventura Blvd.**<br>**Suite 306**<br>**Encino, CA 91316**<br>**(818) 774-3545 Fax: (818) 774-3707**<br>California State Bar Number: **138808**<br>**emails@foxlaw.com** | FOR COURT USE ONLY |

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>    **TCC General Contracting, Inc.**<br><br>                                      Debtor(s),<br><br>                             Plaintiff(s),<br><br><br><br><br><br><br><br>                            Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Thomas C. Conroy IV**                  , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
☐ I am the attorney for the Debtor corporation

2.a.  ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**Thomas C. Conroy IV - 51%**
**Rachel Conroy - 49%**
*[For additional names, attach an addendum to this form.]*

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| June 21, 2016 | By: | /s/ Thomas C. Conroy IV |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |

Name:    **Thomas C. Conroy IV, President**
            Printed name of Debtor, or attorney for
            Debtor

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**